IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

CALVIN ANDERSON             :

v.                          :     NO. 10-1541

CITY OF PHILADELPHIA, ET AL :

JUDGMENT

BEFORE JOYNER, J.

     AND NOW, to wit, this 6th day of August, 2010, it is ORDERED that in accordance with the acceptance of Offer and Entry of Judgment filed by Plaintiff, Judgment is entered in favor of the Plaintiff Calvin Anderson and against Defendants, the City of Philadelphia and Police Officer William Gress in the amount of $25,000.00 including all cost and attorney's fees now accrued.

BY THE COURT:

ATTEST:

_____
                     Deputy Clerk

judg